```
LAW OFFICES OF
ERICK L. GUZMAN (SBN 244391)
744 Montgomery, Suite 500
T:(707)415-912-5955\ F:(707)540-6298
E: elg@guzmanlaw.org

Attorney for Defendant
Omar Zaldivar
```

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>OMAR ZALDIVAR-TURCIOS<br><br>   Defendant. | CASE NO. CR 11-0338-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING CONFERENCE**<br><br>SAN FRANCISCO VENUE<br><br>Current Date: Sept 26, 2011<br><br>Proposed Date: October 17, 2011<br><br>Location: Courtroom 9, 19th Floor |

   The above-captioned case is currently scheduled for a status hearing on ~~Friday~~ Monday, September 26, 2011. However, scheduling conflicts prevent defense counsel from attending that hearing. The next date which all parties can attend is October 17, 2011. The parties have agreed to continue the status hearing to October 17, 2011.

Case No. CR-11-0338-JW

Accordingly, the parties now stipulate and jointly request that the status conference currently set for September 26, 2011 be vacated, and that the Court set this matter for status conference on October 17, 2011 at 1:30 p.m.

IT IS SO STIPULATED

| 9/22/2011 | /s/ |
|---|---|
| DATED | MELINDA HAAG<br>United States Attorney<br>Northern District of California<br>DAMALI TAYLOR<br>Assistant United States Attorney |

| 9/22/2011 | /s/ |
|---|---|
| DATED | ERICK L. GUZMAN<br>Attorney for Mr. Zaldivar-Turcios |

Stip. and [Proposed] order continuing status conference.    2    Case No. CR-11-0338-JW

**[PROPOSED] ORDER**

For good cause shown, the status conference now scheduled for ~~Friday~~ Monday, September 26, 2011 is vacated. The matter shall be added to the Court's calendar on October 17, 2011, at 1:30 pm.

Time is excluded for continuity of counsel to October 17, 2011.

IT IS SO ORDERED.

September 22, 2011
DATED

HON. JAMES WARE
United States Chief District Court Judge

Stip. and [Proposed] order continuing status conference.      3      Case No. CR-11-0338-JW